UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN ADMIRALTY

CASE NO.: 6:19-cv-159-ORL-31-TBS

GEICO MARINE INSURANCE COMPANY,

        Plaintiff,

vs.

HENRY BARON,

        Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement.

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action – including subsidiaries conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    (a.)    Boat Owners Association of the United States (Boat US)

    (b.)    Geico Marine Insurance Company

    (c.)    GrayRobinson, P.A., counsel for Plaintiff

    (d.)    Theodore (Ted) L. Shinkle, Esq., counsel for Plaintiff

    (e.)    Henry Baron

    (f.)    Jeffrey A. Ville, P.A., counsel for Defendant

  (g.) Jeffrey A. Ville, Esq., counsel for Defendant

  2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  None.

  3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  None known at this time.

  4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  Henry Baron seeks monetary compensation for bodily injuries.

  I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of such conflict.

          **GRAYROBINSON, P.A.**
          Counsel for Plaintiffs

          /s/ *Ted L. Shinkle*
          TED L. SHINKLE, ESQ.
          Florida Bar No. 0608051
          LESLEY-ANNE MARKS, ESQ.
          Florida Bar No. 107009
          1795 West NASA Blvd.
          Melbourne, Florida 32901
          Telephone: (321) 727-8100
          Facsimile: (321) 984-4122
          Email: ted.shinkle@gray-robinson.com
          Secondary Email:
            lesley-anne.marks@gray-robinson.com
            jodi.aliano@gray-robinson.com